# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00396-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID LEE BOONE,

    Defendant.

_____

# ORDER
_____

Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Unopposed Motion for Order for Forthwith Hearing and Furlough to Attend Partner's Funeral Service [#22, filed February 22, 2016], which was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and the Memorandum dated February 22, 2016 [#23]. Upon consideration of the Unopposed Motion for Order for Forthwith Hearing and Furlough to Attend Partner's Funeral Service, IT IS ORDERED that:

    (1)    A hearing on this matter is SET for **February 24, 2016 at 2:00 p.m.**;

    (2)    Counsel for the Parties, a representative of the United States Probation Office, and a representative of the United States Marshals who are prepared to discuss Defendant's request for a furlough are **DIRECTED TO APPEAR IN PERSON** at the hearing;

    (3)    Any individual identified by Defendant who is proposed to transport Defendant to the funeral is **DIRECTED TO APPEAR IN PERSON** at the hearing;

(4)     Counsel for the Parties, the United States Probation Office, and the United States Marshals are **DIRECTED TO FILE** any documents that they wish this court to consider prior to or at the hearing no later than February 24, 2016 at 10:00 a.m.; and

(5)     The United States Marshals are **DIRECTED TO TRANSPORT** Defendant to the courtroom of Magistrate Judge Nina Y. Wang, C204, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

DATED:  February 23, 2016                    BY THE COURT:


                                             s/ Nina Y. Wang
                                             United States Magistrate Judge